BEFORE THE SECOND DIVISION, SEPTEMBER 30, 1959

No. 63402.—Markt & Hammacher Co. and Air Express International Agency, Inc. *v.* United States, protests 295672–K(B) and 315469–K.

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

No. 63403.—Markt & Hammacher Co. et al. *v.* United States, protests 322347–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the items imported prior to June 30, 1956, were held dutiable at 32½ percent under paragraph 1211, as modified by T.D. 52739, supplemented by Presidential proclamation (T.D. 52857), and the items imported on and after June 30, 1956, were held dutiable at 30½ percent under said paragraph, as modified by T.D. 54108.